IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 09-0068-01-CR-W-HFS |
| ) | |
| TYRONE LEMONTE HOLMAN ) | |
| ) | |
| Defendant. ) | |

**ORDER**

The mental competency report and recommendation (Doc. 100) has been reviewed, together with the underlying forensic evaluation dated February 28, 2013. No objections have been filed and I hereby ADOPT the report and recommendation and FIND that defendant is competent to understand the proceedings and to assist properly in his defense.

It is SO ORDERED.

                                              /s/ Howard F. Sachs
                                              HOWARD F. SACHS
                                              UNITED STATES DISTRICT JUDGE

April 18, 2013

Kansas City, Missouri